McGUIRE, Respondent, v. INTERBORO RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department.

December 31, 1914.) Action by Ellen McGuire, as administratrix, against the Interboro Rapid Transit Company. B. H. Ames, of New York City, for appellant. D. R. Almy, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.